UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON
No. 5:22-CR-91-GFVT

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>　　　　　Plaintiff　　　)<br>)<br>vs.　　　　　　　　　　　　　)<br>)<br>CHRISTOPHER GOINS,　　　)<br>)<br>　　　　　Defendant　　　)<br>) | **Defendant's Motion to Dismiss Superseding Indictment** |

　　　　Defendant CHRISTOPHER GOINS hereby moves pursuant to Fed.R.Crim.Pro. 12(b)(3)(B)(v) that the Court enter an Order dismissing the Superseding Indictment for the following reasons: (1) the charge in Count 1, a violation of 18 U.S.C. § 922(g)(1), should be dismissed, because, as applied to him as a nonviolent felony offender, the statute violates his rights under the Second Amendment of the United States Constitution; and, (2) the charge in Count 2, a violation of 18 U.S.C. § 924(a)(1)(A), should be dismissed pursuant to the due process clause of the Fifth Amendment on grounds of prosecutorial vindictiveness.

　　　　As to the 922(g)(1) charge, defendant relies upon and incorporates his previously filed *Defendant's Motion to Dismiss*, R. 15; *Memorandum Supporting Defendant's Motion to Dismiss*, R. 15-1; *Reply Memorandum Supporting Defendant's Motion to Dismiss*, R. 19; and, *Supplemental Reply Memorandum Supporting Defendant's Motion to Dismiss*, R. 26.

　　　　Count 2 has been added only in the superseding indictment. The superseding indictment was filed three months after the initial indictment and some eight months or so after the United States sought a pre-indictment

1

appointment of counsel from the Court with regard to the 922(g)(1) charge that it ultimately included in the original indictment. More importantly, the added charge does not rely on newly-discovered evidence or some newly-conceived theory of the case. The investigating ATF agent saw the 924(a)(1)(A) charge from the earliest days. There is a reasonable likelihood of vindictiveness attaching to the charge added only in the superseding indictment.

  A memorandum of law in support of this motion is filed herewith.

            Respectfully submitted,

            BY:  s/Robert L. Abell
            ROBERT L. ABELL
            120 N. Upper St.
            Lexington, KY 40507
            859-254-7076 (phone)
            859-281-6541 (fax)
            E-mail: Robert@RobertAbellLaw.com
            COUNSEL FOR DEFENDANT
            CHRISTOPHER GOINS

**Certificate of Service**

  I certify that on November 17, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to the following:  All Counsel of Record.

            BY:  s/Robert L. Abell
            Robert L. Abell
            COUNSEL FOR DEFENDANT